THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISIDOR STRAUS et al., Composing the Firm of R. H. MACY & COMPANY, Appellants, *v.* LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Straus* v. *Purdy*, 160 App. Div. 871, affirmed.
(Argued June 3, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

January 2, 1914, which affirmed an order of Special Term dismissing a writ of certiorari and confirming an assessment for taxation upon real property of the relator.

*Edmond E. Wise* for appellants.

*Frank L. Polk,* Corporation Counsel (*Curtis A. Peters* and *Eugene Fay* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.